**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
FEDERAL BUILDING & COURTHOUSE
228 WALNUT STREET, P.O. BOX 847
HARRISBURG, PA 17108-0847

_____

OFFICIAL BUSINESS

CHRISTOPHER C. CONNER                                                                         TEL  (717) 221-3945
         JUDGE                                                                                           FAX (717) 221-3949

March 26, 2012

Lawrence M. Otter, Esquire                    Richard L. Bolton, Esquire
P.O. Box 2131                                 Boardman & Clark, LLP
Doylestown, PA 18901                          One S. Pinckney Street, 4th Floor
                                              P.O. Box 927
                                              Madison, WI 53701-0927

Re:   *Freedom From Religion Foundation, Inc. v. Representative Rick Saccone,
      Clancy Myer and Anthony Frank Barbush*
      Civil Action No. 1:12-CV-536

The referenced action has been assigned to me.  If service of the initial pleading is not made within the time allotted by the rules of procedure, a status report shall be submitted to the court addressing the reasons for the delay and the course of action being taken.

Once joinder of this matter has been accomplished, the court will issue an order setting a time and date for a mandatory conference between counsel for all parties and the court.  Such a conference is mandated by Rule 16 of the Federal Rules of Civil Procedure.  The purpose of this conference is to establish deadlines for the management of this case.  The order scheduling the conference will inform the parties in more detail of their responsibilities in preparation for this conference.  Accordingly, it is essential that the answer (or other responsive pleading/motion) be filed in the time provided for in the Federal Rules of Civil Procedure.  To this end, counsel, as well as pro se litigants, are admonished not to enter into agreements for extensions of time without also seeking court approval.  The court will not honor such agreements standing alone.

The parties are advised to comply fully with Rule 26 and other provisions of the Federal Rules of Civil Procedure.  Counsel shall not cease active discovery efforts pending disposition of a motion to dismiss.

Any inquiries you have concerning this case and its progress should be directed to Kimberly McKinney, Deputy Clerk of Court, P.O. Box 983, Federal Building, Harrisburg, Pennsylvania, telephone number (717) 221-3941.

                                              Sincerely,

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge

cc:   Clerk of Court