IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | : : : | Civ. No. 12-536 |
| Plaintiff, | : : | |
| v. | : : | |
| REPRESENTATIVE RICK SACCONE, *et al.* | : : : | |
| Defendants. | : : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter the appearances of Jonathan F. Bloom, Esq., and Thomas W. Dymek, Esq., on behalf of Representative Rick Saccone, Clancy Myer and Anthony Frank Barbush in the above-captioned matter.

                                                s/Thomas W. Dymek
                                                Jonathan F. Bloom
                                                Thomas W. Dymek
                                                STRADLEY RONON STEVENS & YOUNG, LLP
                                                2600 One Commerce Square
                                                Philadelphia, PA  19103
                                                (215) 564-8000

                                                Attorneys for Defendants,
                                                Representative Rick Saccone, Clancy Myer
                                                and Anthony Frank Barbush

Dated:  April 6, 2012

## **CERTIFICATE OF SERVICE**

I, Thomas W. Dymek, hereby certify that on April 6, 2012, a true and correct copy of the foregoing was filed electronically, where it is available for viewing and downloading from the ECF system, and that I caused a copy to be served via U.S. Mail, postage prepaid, upon the following:

>Lawrence M. Otter, Esq.
>Attorney-at-Law
>P.O. Box 2131
>Doylestown, PA  18901
>
>Richard L. Bolton, Esq.
>BOARDMAN & CLARK LLP
>1 South Pinckney Street, 4th Floor
>Madison, WI  53701-0927

>s/Thomas W. Dymek
>Thomas W. Dymek