**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** | : | **CIVIL ACTION NO. 1:12-CV-536** |
| Plaintiff | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **REPRESENTATIVE RICK SACCONE**, *et al.*, | : | |
| Defendants | : | |

**ORDER SCHEDULING INITIAL
CASE MANAGEMENT CONFERENCE**

1.      The initial case management conference will be conducted by the Court on **Thursday, May 17, 2012, at 10:15 a.m.  In the interest of economy, the court prefers to hold these conferences by telephone.  The placement of the telephone conference call is the responsibility of the plaintiff(s).  The telephone number of the court is 717/221-3945.**

2.      The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel or by pro se litigants is mandatory.

3.      If counsel of record is unable to participate in the conference, the court shall be notified by the name of the substitute counsel two business days in advance of the date of the conference.  The telephone number to call is 717/221-3945.

4.      Counsel representing non-governmental corporate entities are reminded to comply with FED. R. CIV. P. 7.1.

5.	Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania.  **Local Rule 16.3 requires lead counsel for each party to meet prior to the management conference and complete a "Joint Case Management Plan" form.  The completed form, which is set forth in Appendix A of the local rules, must be filed at least five days prior to the conference.**  Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

6.	Counsel shall not cease active discovery pending disposition of a motion to dismiss.

7.	At the case management conference, the captioned action will be placed on one of the following tracks:

  a)	**Fast Track** - Referring the case to a United States Magistrate judge for recommendations.

  b)	**Expedited Track** - Setting a trial date of not more than 240 days from the filing of the complaint.

  c)	**Standard Track** - Setting a trial date of not more than 15 months from the filing of the complaint.

  d)	**Complex Track** - Setting a trial date in excess of 15 months but less than 2 years from the filing of the complaint.

8. The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under exceptional circumstances.

*Please see our website at: www.pamd.uscourts.gov for general information and forms.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

Dated:     April 9, 2012