## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION** | **:** | **CIVIL ACTION NO. 1:12-CV-536** |
| **FOUNDATION, INC.,** | **:** | |
| **Plaintiff** | **:** | **(Judge Conner)** |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| **REPRESENTATIVE RICK SACCONE,** | **:** | |
| ***et al.,*** | **:** | |
| **Defendants** | **:** | |

### ORDER

AND NOW, this 12th day of April, 2012, upon consideration of Defendants'

Unopposed Motion for Enlargement of Time (Doc. 5), it is hereby ORDERED that

said motion is GRANTED.  Defendants shall file a response to the Complaint, and

brief in support of any Motion to Dismiss, on or before May 25, 2012.


  S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge