IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** | : | CIVIL ACTION NO. 1:12-CV-0536 |
| Plaintiff | : | |
| | : | (Judge Conner) |
| v. | : | |
| | : | |
| **REPRESENTATIVE RICK SACCONE,** *et al.*, | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 21st day of May, 2012, following the initial case management conference with counsel of record in the above-captioned action, and upon agreement of the same, is it hereby ORDERED that the court will defer issuance of a case management order, pending resolution of the parties' anticipated Rule 12(b)(6) motions.

S/Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge
