IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., | : : : | |
| Plaintiff, | : : | Civil Action No. 1:12-cv-00536-CCC |
| v. | : : | (Conner, J.) |
| REP. RICK SACCONE, CLANCY MYER, and ANTHONY FRANK BARBUSH, | : : : : : | |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE
## OF THOMAS W. DYMEK

Kindly withdraw the appearance of Thomas W. Dymek in this matter on behalf of Defendants.

    Respectfully submitted,

    s/ Jonathan F. Bloom
    Jonathan F. Bloom  (Pa. ID No. 45542)
    STRADLEY RONON STEVENS & YOUNG, LLP
    2600 One Commerce Square
    Philadelphia, PA  19103-7098
    (215) 564-8000
    *Attorneys for Defendants*

    s/ Thomas W. Dymek
    Thomas W. Dymek (Pa. ID No. 86248)
    *Withdrawing Attorney*
Dated:  May 22, 2012    *for Defendants*

# CERTIFICATE OF SERVICE

I, Jonathan F. Bloom, hereby certify that on May 22, 2012, a true and correct copy of the foregoing was filed electronically, where it is available for viewing and downloading from the ECF system by the following:

>Lawrence M. Otter, Esq.
>Attorney-at-Law
>P.O. Box 2131
>Doylestown, PA  18901
>*Attorneys for Plaintiff*
>
>Richard L. Bolton, Esq.
>BOARDMAN & CLARK LLP
>1 South Pinckney Street, 4th Floor
>Madison, WI  53701-0927
>*Attorneys for Plaintiff*

>s/Jonathan F. Bloom
>Jonathan F. Bloom

# 1554073