IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** : | CIVIL ACTION NO. 1:12-CV-536 |
| **Plaintiff** : | (Judge Conner) |
| : | |
| **v.** : | |
| : | |
| **REPRESENTATIVE RICK SACCONE,** : *et al.*, : | |
| **Defendants** : | |

## ORDER

AND NOW, this 6th day of June, 2012, upon consideration of plaintiff's unopposed motion for enlargement of time and page limitation (Doc. 13), it is hereby ORDERED that said motion is GRANTED. Plaintiff shall file a response to defendant's motion to dismiss on or before June 15, 2012, and defendant shall file a reply brief on or before July 6, 2012, each brief not to exceed twenty (20) pages.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge