Print Form



**United States District Court for the Middle District of Pennsylvania**

## ECF REGISTRATION FORM

*This form shall be used to register as a Filing User for the court's Electronic Case Files (ECF) system. A Filing User may file documents with the court through the court's ECF web site, and view and retrieve docket sheets and case documents electronically. Registration as a Filing User also serves as your consent to electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure. By signing this form, you shall certify that you have completed the ECF tutorial on the court's web site (www.pamd.uscourts.gov), and have a PACER account. Please visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.*

Please complete the following information to register for ECF: (THIS FORM MUST BE TYPED )

Last Name: Long     First Name: Ian     Middle Initial: M

Firm Name: Stradley Ronon Stevens & Young, LLP

Address: 2005 Market Street
Suite 2600

City, State: Philadelphia    PA     Zip Code: 19103

Telephone Number: (215) 564-8558    Fax Number: (215) 564-8120

PA or other State Bar ID: 306851    (e.g. PA12345, NY22316)

Last Four Digits of Social Security Number: 2856    (for security purposes)

E-Mail Address(es) for Electronic Service : ilong@stradley.com
cmariney@stradley.com

If registered for ECF in another court, provide your Login Name: IML2856

E-Mail the form to:    ecfreg@pamd.uscourts.gov         Mail to:  USDC ECF Registration
                                                                    PO Box 1148
Fax to:        ECF Registration  (570) 207-5689                    Scranton, PA 18501-1148

(Signature/Date)    Jun 6, 2012

**Court Use Only:**
Login   Assigned: _____
Password Assigned: _____

Exhibit A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR :
ADMISSION TO PRACTICE IN THIS COURT :

## PETITION

I, <u>Ian M. Long</u>, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

| | |
|---|---|
| My office address is: | Stradley Ronon Stevens & Young, LLP |
| | 2600 One Commerce Square |
| | Philadelphia, PA 19103-7098 |
| Office Telephone: | (215) 564-8558 |
| Facsimile: | (215) 564-8120 |

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all of those Courts.

**The Commonwealth of Pennsylvania (2009);**
**The State of New Jersey (2009);**
**The United States District Court for the Eastern District of Pennsylvania (2009);**
**The United States District Court for the District of New Jersey (2009).**

My attorney Identification number is: <u>Pa. No. 306851</u>

### FOR COURT USE ONLY

_____ GENERAL ADMISSION:

BEFORE
JUDGE  _____        Date: _____
            U.S. DISTRICT JUDGE

_____ SPECIAL ADMISSION:

GRANTED: _____      Date: _____
            U.S. DISTRICT JUDGE

# 1561220

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none.")

None.

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none.") None.

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain:
N/A

I am seeking:

_____ General Admission under Local Rule LR 83.8

__X___ Special Admission (specify by a check which rule) under

LR 83.8.2.1 __X__ , LR 83.8.2.2 _____ , LR 83.8.2.3 _____ , or LR 83.8.2.4 _____

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

To represent clients in a particular case before this District Court.

NAME THE PARTY YOU REPRESENT:

Representative Rick Saccone, Clancy Myer, and Anthony Frank Barbush

If special admission is requested for a particular case, please list case number and caption:

Case #_____ Civil Action NO. 1:12-CV-536

Caption_____ Freedom From Religion Foundation, Inc. v. Rep. Rick Saccone, et al.

# 1561220

I understand that:

(1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

(2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specifically admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in this case:

Jonathan F. Bloom
--------
Stradley Ronon Stevens & Young, LLP
2600 One Commerce Square, Philadelphia, PA 19103
(215) 564-8000
--------
PA. No. 86248

(3) If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

PA 306851_____
(Bar Identification Number)

June 6, 2012_____
(Date)

# 1561220

SPONSOR'S CERTIFICATE:

I, __Jonathan F. Bloom__, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) __January__ (day) __13__, (year) __2005__. I have known the above petitioner for __4 years__ _____. To my knowledge, the petitioner's moral character is as follows: __exemplary__

To my knowledge, the petitioner's educational background and experience are as follows: __J.D. from Temple University, Beasley School of Law, Clerk for the Hon. Harvey Bartle, III, United States District Court for the Eastern District of Pennsylvania and associate at Stradley Ronon Stevens & Young.__

I sponsor and recommend __Ian M. Long__ for admission as a qualified attorney to practice before this court.

__Jonathan F. Bloom__
(sponsor)

Office address: __Stradley Ronon__
2005 Market Street
Suite 2600
Philadelphia, PA 19103

Telephone: __(215) 564-8065__

Attorney Bar I.D. Code No. __45542__

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

By signing this petition for admission, I acknowledge that I have read the above Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

\# 1561220