IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.,** | : | Case No. 1:12-cv-536 |
| Plaintiff, | : | (Judge Conner) |
| v. | : | |
| **REPRESENTATIVE RICK SACCONE, CLANCY MYER** and **ANTHONY FRANK BARBUSH** | : | |
| Defendants | : | |

## AMENDING ORDER

AND NOW, this 2nd day of October, 2012, upon consideration of this court's Memorandum and Order (Doc. 21) issued October 1, 2012, and in anticipation of its publication, the court issues the following amending ORDER:

1. Footnote 2 on page 2 is amended as follows:

   The sentence beginning "The court expresses no opinion" is amended to read: The court expresses no opinion on the historical or theological propriety of casting, for example, President Andrew Jackson – a man whose administration is largely responsible for sending 16,000 men, women, and children of the Cherokee Nation on a forced march west from their ancestral homelands east of the Mississippi River (known as the "Trail of Tears"), during which a quarter of them perished from cold, hunger, and disease – as a paragon of Christian virtue in government.

                                                 S/ Christopher C. Conner
                                                 CHRISTOPHER C. CONNER
                                                 United States District Judge